ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA HULL (Cal. Bar No. 227153)
Assistant United States Attorney

    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone:  (213) 894-6585
    Fax:        (213) 894-7819
    Email:      joanna.hull@usdoj.gov

Attorneys for Defendant
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM RULE, | No. CV 11-10661-ODW (DTBx) |
|     Plaintiff, | **ORDER DISMISSING ACTION** |
|     v. | **WITH PREJUDICE** |
| UNITED STATES OF AMERICA, and DOES 1 through 15, Inclusive, | |
|     Defendants. | Honorable Otis D. Wright II |

    The parties having filed a Stipulation for Compromise Settlement and Dismissal,

///

///

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;
2. Each party shall bear their own costs of suit and fees; and
3. The Court retains jurisdiction pending payment of the settlement.

DATED: November 2, 2012

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE